# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

UNITED STATES OF AMERICA, :
:
:
v. :
: Case No. 1:12-CR-2 (WLS)
MICHAEL MAUGERI, :
:
Defendant. :
:

Before the Court is Defendant Michael Maugeri's Motion to Extend Surrender Date. (Doc. 235.) Maugeri—who was scheduled to surrender to the federal penitentiary in Edgefield, South Carolina, on June 3, 2013—urges the Court to extend his surrender date to July 8, 2013, so that he can receive antibiotics for a bout of osteomyelitis that arose from thumb surgery. (*Id.*) According to the motion, Maugeri "is of the belief" that his condition cannot be treated within the prison system. (*Id.*) This is his third motion for extension of surrender date. (*See* Docket.)

Maugeri has not shown good cause justifying an extension of his surrender date. The Bureau of Prisons is well equipped to provide medical care. Maugeri has not provided any information, beyond his personal belief, to suggest his preferred doctor is uniquely capable of administering antibiotics. Maugeri's motion (Doc. 225) is **DENIED.**[1]

**SO ORDERED,** this  3rd  day of June 2013.

　　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

---

[1] The Court also notes that Maugeri's motion is deniable for being untimely. Maugeri, through counsel, filed his motion after the close of business on Friday, May 31, 2013, seeking to extend a surrender date scheduled for the next business day, Monday, June 3, 2013.